# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __6__

Melonce

-v-

Board of Immigration Appeals

U.S.C.A. # _____

U.S.D.C. # 08-cv-1060

JUDGE: KMW

DATE: 3-24-2008

## INDEX TO THE RECORD ON APPEAL

*[Stamp: U.S. DISTRICT COURT MAR 24 2008]*

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES ------------------------------------

**DOCUMENT DESCRIPTION**                                              **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

( X ) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 24th Day of March, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Melance

-v-

Board of Immigration Appeals

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08cv-1060

JUDGE: KMW

DATE: 3-24-2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document Description

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 24th Day of March In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
         Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01060-KMW
### Internal Use Only

Melance v. Board of Immigration Appeals et al
Assigned to: Judge Kimba M. Wood
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 02/01/2008
Date Terminated: 02/01/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2008 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. Document filed by Daniel Melance.(laq) (Entered: 02/14/2008) |
| 02/01/2008 | 2 | APPLICATION FOR STAY. Document filed by Daniel Melance. (laq) (Entered: 02/14/2008) |
| 02/01/2008 |  | Magistrate Judge Andrew J. Peck is so designated. (laq) (Entered: 02/14/2008) |
| 02/01/2008 | 3 | ORDER OF DISMISSAL,The Court dismisses the petition for the reasons set forth. Accordingly, the application is dismissed. As petitioner has not made a substantial showing of the denial of a consitutional right, a certificate a certificate of appealability will not issue.... The Court certifies pursuant to 28 U.S.C. 1915(a) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/1/08) (laq) (Entered: 02/14/2008) |
| 02/01/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the petition is hereby dismissed.... a certificate of appealability will not issue.... We certify pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/1/08) (laq) (Entered: 02/14/2008) |
| 03/18/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Petition, 4 Judgment - Sua Sponte (Petition). Document filed by Daniel Melance. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 03/24/2008) |
| 03/18/2008 |  | Appeal Remark as to 5 Notice of Appeal filed by Daniel Melance. $455.00 APPEAL FEE DUE. IFP REVOKED 2/1/08. COA DENIED 2/1/08. (tp) (Entered: 03/24/2008) |
| 03/18/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 03/24/2008) |
| 03/24/2008 |  | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 03/24/2008) |